UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| National Football League<br>Players Association,<br><br>                      Plaintiff,<br><br>v.<br><br>National Football League, and<br>National Football League<br>Management Council<br><br>                      Defendants. | Civil No. 08-6254 (PAM/JJG)<br><br><br><br><br><br><br><br><br><br>**ORDER** |
| Kevin Williams and Pat Williams,<br><br>                      Plaintiffs,<br><br>v.<br><br>National Football League, John<br>Lombardo, M.D., Brian Finkle,<br>and Adolpho Birch,<br><br>                      Defendants. | Civil No. 08-6255 (PAM/JJG) |

This matter is before the Court on a Motion to Stay filed by Defendants in both of the above-captioned cases. Defendants seek a stay pending a ruling on their Motions to Dismiss. Because Plaintiffs in 08-6255 have amended their Complaint, the Motion to Dismiss in that case is moot. Moreover, it remains the Court's view that discovery should proceed expeditiously regardless of the pendency of dispositive motions. Thus, the Motion to Stay is denied.

**IT IS HEREBY ORDERED that**:

1. Defendants' Motion to Stay in case 08-6254 (Docket No. 30) is **DENIED**;

2. Defendants' Motion to Stay in case 08-6255 (Docket No. 19) is **DENIED**;

3. Defendants' Motion to Dismiss in case 08-6255 (Docket No. 17) is **DENIED as moot**; and

4. The Court will hold a pretrial conference in these matters at 2:00 p.m. on Tuesday, February 24, 2009, in order to set a discovery and dispositive motion schedule. The Court will issue a Notice of Pretrial Conference to counsel with further information.

Dated:   January 27, 2009

                                         *s/Paul A. Magnuson*
                                         Paul A. Magnuson
                                         United States District Court Judge